Mar 17 2014 10:24AM JRQ Transport 4107570980 page 5

IN THE CIRCUIT COURT OF HOT SPRING COUNTY, ARKANSAS

JOSHUA E. HELMICK                                                               PLAINTIFF

v.                     CIV NO.: CV-14-21-1

JOSE I. MOREIRA and
JRQ TRANSPORT SERVICE, LLC                                     DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Joshua E. Helmick, by and through his attorneys, **Robert B. Buckalew** and **David Kizzia**, and for his cause of action against the Defendants herein state:

1. That the Plaintiff resided in the City of Malvern, Hot Spring County, Arkansas and the separate Defendant, Jose I. Moreira, resided in the City of Greensboro, Maryland at the time of the automotive accident on March 5, 2013.

2. That the separate Defendant, JRQ Transport Services, LLC, is a trucking Company, located at 1385 Annapolis, Maryland, doing business in the State of Arkansas.

3. That the acts giving rise to the Plaintiff's cause of action occurred in Hot Spring County, Arkansas. That jurisdiction and venue is proper in this Court, owing to the residency of the Plaintiff at the time of the accident pursuant to Arkansas law.

4. That the Plaintiff demands a trial by jury and reserves the right to amend his Complaint and to plead further in this cause.

5. That on or about March 5, 2013, the Plaintiff was driving his 2001 Chevrolet automobile in a southbound direction on Hwy. 270,

-1-

in Malvern, Hot Spring County, Arkansas. That he was proceeding in a careful and lawful manner. That suddenly and without warning, the separate Defendant, Jose I. Moreira, while driving a 1998 Peterbilt 18 wheeler on behalf of JRQ Transport Services, LLC, pulled out from a driveway located by the Cornerstore Gas Station into the Plaintiff's lane of traffic, causing a collision, resulting in the damages and injuries complained of herein.

6. That the accident was solely and proximately caused by the negligence of the separate Defendant, Jose I. Moreira, who was negligent in the following particulars:

    a. Failure to keep a proper lookout;

    b. Failure to keep yield the right of way;

    c. Failure to keep his vehicle under proper control;

    d. Failure to obey the rules of the road;

    e. Failure to drive his vehicle in a safe manner;

    f. Failure to drive his vehicle at a safe speed;

    g. Failure to keep his vehicle in the appropriate portion of the roadway; and

    h. Failure to use ordinary care for the safety of others under the circumstances at the time of the accident.

That all of the injuries and damages complained of herein proximately resulted from the negligence and carelessness of the separate Defendant, Jose I. Moreira

7. That at the time of the accident, the separate Defendant, Jose I. Moreira, was an agent and/or employee of the separate

-2-

Defendant, JRQ Transport Services, LLC. That as such, any negligent acts committed by the separate Defendant, Jose I. Moreira, are imputed to the separate Defendant, JRQ Transport Services, LLC.

8. That as a result of the negligence and carelessness of the Defendants, the Plaintiff has sustained the following serious and painful injuries, including but not limited to injuries to his neck, back, head and left shoulder. That as a result of these injuries, the Plaintiff has been under the constant care and treatment of physicians since the date of said accident; that the Plaintiff has been required to expend large sums of money for medical and kindred expenses in the past and will likely do so in the future; that the Plaintiff has suffered great excruciating physical pain and mental anguish in the past and will likely do so in the future, all of which should allow him compensation for his damages.

9. That as a result of the negligence and carelessness of the Defendants, the Plaintiff has sustained a loss of wages as well as property damage to his vehicle, all of which should allow him compensation for these damages.

10. That as a result of the negligence and carelessness of the Defendants, the Plaintiff has been damaged in a sum in excess of the minimum amount required for Federal jurisdiction in diversity of citizenship cases.

WHEREFORE, the Plaintiff, Joshua E. Helmick, prays that he be granted the relief requested herein; that he be awarded judgment for

his damages in an amount in excess of the Federal jurisdiction requirements in diversity of citizenship cases; for attorneys fees and costs incurred herein; and for any and all other just and proper relief to which he may be entitled.

Respectfully submitted,

DAVID KIZZIA, ATTORNEY AT LAW
124 West 2nd St.
Malvern, AR 72104
(501) 337-9959

and

ROBERT B. BUCKALEW, ATTORNEY AT LAW
P.O. Box 3355
Little Rock, AR 72203
(501) 375-7575

_____
Robert Buckalew, ABA #79025

-4-



# THE
# KIZZIA
## LAW FIRM, LLC

124 West 2nd Street • Malvern, Arkansas 72104 • 501.337.9959 • Fax 501.337.9975

March 11, 2014

VIA First Class Mail

JRQ TRANSPORT
1385 Greenway Drive
Annapolis, MD 21409

| | | |
|---|---|---|
| RE: | Our Client: | Joshua E. Helmick |
| | Defendant: | JRQ Transport Services, LLC, |
| | | Insured's Driver: Jose I. Moreira |
| | Claim #: | L480477 |
| | D/A: | March 5, 2013 |

To Whom This May Concern:

Enclosed you will find a copy of a Complaint along with Summons. Service of these papers upon you fulfills the requirement of notice to you of this legal action. If you wish to retain an attorney, you should contact him or her promptly.

With kindest regards,

David Kizzia
Attorney at Law

Enclosures